

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alibek Islamov<br><br>Plaintiff,<br>V.<br>See attached<br><br>Defendant. | Civil Action No. 25-cv-03390-LL-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.


Date:  1/14/26

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  25-cv-03390-LL-MSB

Christopher J. LaRose,
Senior Warden, Otay Mesa Detention Center;
Todd M. Lyons,
Acting Director, U.S. Immigration and Customs Enforcement;
Kristi Noem,
Secretary of the U.S. Department of
Homeland Security;
and Pam Bondi,
Attorney General of the United States,
in their official capacities,

Respondents